UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> FACEBOOK, INC., <br><br> *Defendant*. | Civil Action No. 6:20-cv-00087-ADA <br><br> JURY TRIAL DEMANDED |

## ORDER

Before the Court is Plaintiff MasterObjects, Inc.'s Unopposed Motion for Extension of Time to Respond to the Complaint. After consideration, the Court GRANTS the Motion.

IT IS ORDERED that the time for Facebook, Inc. to respond to the Complaint is extended to April 17, 2020.

SIGNED AND ORDERED on this the _____ day of _____, 2020.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE