IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MASTEROBJECTS, INC. | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION No. 6:20-cv-00087-ADA |
| | § | |
| FACEBOOK, INC., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT FACEBOOK, INC.'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA OR, IN THE ALTERNATIVE, TO THE AUSTIN DIVISION**

Came on for consideration this date Defendant Facebook, Inc.'s Motion to Transfer Venue to the Northern District of California or, in the Alternative, to the Austin Division (the "Motion to Transfer"). The Court has considered the Motion to Transfer, all responsive pleadings, and the case record, and is of the opinion that the Motion to Transfer is meritorious, and it is therefore **ORDERED** that that Motion to Transfer filed on June 4, 2020 is **GRANTED**.

It is further **ORDERED** that Civil Action No. 6:20-cv-00087-ADA; *MasterObjects, Inc. v. Facebook, Inc.* be **TRANSFERRED** to _____.

It is further **ORDERED** that, if transferred to the Austin Division of the Western District to Texas, the case remain on the docket of the United States District Judge Alan D Albright.

**SIGNED** on this the _____ day of _____, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE