# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| MASTEROBJECTS, INC. | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00087-ADA |
| | § | |
| FACEBOOK, INC. | § | |

## ORDER RESETTING DISCOVERY HEARING

IT IS HEREBY ORDERED that the Zoom **DISCOVERY HEARING** in the above entitled and numbered case, which was originally set for Wednesday, April 7, 2021 at 03:00 PM is now rescheduled for **Wednesday, April 21**, **2021 at 04:00 PM.**

IT IS SO ORDERED this 7th day of April, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE